UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  -against-<br><br>ROBERT PIARO,<br><br>         Defendant. | 23-cr-420 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on Wednesday, August 23, 2023 at 10:00 AM, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

  SO ORDERED.

Dated: August 18, 2023
    New York, New York

                      _____
                        ARUN SUBRAMANIAN
                       United States District Judge