UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

                *Plaintiff*,                          Case No. 1:23-cr-420 (AS)

       -against-                              **ORDER FOR ADMISSION**
                                                         *PRO HAC VICE*

ROBERT PIARO,

                *Defendant*.
---------------------------------------------------------------X

The motion of Brian A. Muenchenbach ("Applicant"), for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the Bar of the State of Ohio; and that his contact information is as follows:

    Applicant's Name: Brian A. Muenchenbach
    Firm Name: Sebaly Shillito + Dyer
    Address: 40 N. Main St., 1900 Stratacache Tower
    City/State/Zip: Dayton, OH 45423
    Telephone/Fax: (937) 222-2500; (937) 222-6554
    Email: bmuenchenbach@ssdlaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Robert Piaro in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____August 18, 2023_____                _____
                                                                                    Arun Subramanian, U.SD.J.