# SEBALY SHILLITO + DYER
## A LEGAL PROFESSIONAL ASSOCIATION

| 309 N. BARRON STREET | 1900 STRATACACHE TOWER | 9100 WEST CHESTER TOWN |
| --- | --- | --- |
| EATON, OHIO 45320 | 40 N. MAIN STREET | CENTRE DRIVE, SUITE 210 |
| PH: 937-858-1109 | DAYTON, OHIO 45423 | WEST CHESTER, OHIO 45069 |
| FX: 937-222-6554 | PH: 937-222-2500 | PH: 513-644-8125 |
|  | FX: 937-222-6554 | FX: 513-322-4390 |
|  | www.ssdlaw.com |  |

BRIAN A. MUENCHENBACH   PH: 937-853-1109
bmuenchenbach@ssdlaw.com

December 5, 2023

**VIA ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

**RE:** *United States of America v. Robert Piaro*
    **Case No.: 23 CR 420 (AS)**

Dear Judge Subramanian:

The Defendant Robert Piaro ("Mr. Piaro") by undersigned counsel, respectfully submits this letter, with no opposition from the Government, requesting the Court to modify: (1) the pretrial briefing schedule; and, (2) requesting that the pretrial conference currently scheduled for January 16, 2024 at 10:00 a.m. be continued. The reasons are set forth below.

### I. The Pretrial Briefing Schedule

At the initial arraignment held in this case, on August 22, 2023, this Honorable Court set Mr. Piaro's pretrial motions deadline for December 18, 2023. Thereafter this Honorable Court adopted the proposed briefing schedule for pretrial motions outlined in the Government's Letter Motion via ECF No. 19, wherein the following briefing schedule was adopted:

> "[t]he defendant's pretrial motions are due to be filed on or before December 18, 2023. The parties jointly propose that the Government's opposition to the defendant's pretrial

---

*Judge's order (handwritten/stamped annotation):*

The request for a continuance and a modification of the briefing schedule is hereby GRANTED. The conference set for January 16, 2024 will now take place on **May 16, 2024**, at **3:00 PM**. The defendant's pretrial motions will now be due April 18, 2024, with opposition due May 6, 2024, and any reply due May 13, 2024.

The time between January 16, 2024 and May 16, 2024 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as it will allow the defense to prepare pretrial motions, and the parties to discuss a potential disposition.

The Clerk of Court is directed to terminate the motion at Dkt. 27.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: December 6, 2023

motions be filed by or before January 5, 2024, and that any defense reply be filed on or before January 12. 2024. "

The defense believes that at least a 120 day extension of the briefing schedule should be permitted so that the parties may attend to their discovery obligations and engage in discussions about a potential pretrial resolution. The Government has been contacted through the AUSA's of record and they have indicated that they have no opposition to the above request.

## II. The Pretrial Conference Scheduled for January 16, 2024.

In an effort to conserve judicial resources and in light of the above request, the defense proposes that the pretrial conference currently scheduled for January 16, 2024 be continued for approximately 120 days or as otherwise meets this Honorable Court's convenience.

Should the Court grant the request for extension, and the continuance of the pretrial conference, the Government requests, with the defense's consent, that the time be excluded under the Speedy Trial Act from January 16, 2024, through the new date of the next pretrial conference so that the defense may prepare pretrial motions and the parties can discuss a potential disposition.

Respectfully submitted,

*/s/ Brian A. Muenchenbach*

| | |
|---|---|
| Bryan K. Penick | (Ohio Bar #0071489) |
| Toby K. Henderson | (Ohio Bar #0071378) |
| Brian A. Muenchenbach | (Ohio Bar #0088722) |

(Admitted *Pro Hac Vice*)
SEBALY SHILLLITO + DYER
A Legal Professional Association
1900 Stratacache Tower
40 North Main Street
Dayton, Ohio 45423
Telephone:  (937) 222-2500
Facsimile:  (937) 222-6554
bpenick@ssdlaw.com
bmuenchenbach@ssdlaw.com
thenderson@ssdlaw.com
*Counsel for Defendant, Robert Piaro*

cc: All counsel of record (via ECF)