# SEBALY SHILLITO + DYER
## A LEGAL PROFESSIONAL ASSOCIATION

309 N. BARRON STREET
EATON, OHIO 45320
PH: 937-858-1109
FX: 937-222-6554

1900 STRATACACHE TOWER
40 N. MAIN STREET
DAYTON, OHIO 45423
PH: 937-222-2500
FX: 937-222-6554
www.ssdlaw.com

9100 WEST CHESTER TOWNE
CENTRE DRIVE, SUITE 210
WEST CHESTER, OHIO 45069
PH: 513-644-8125
FX: 513-322-4390

BRIAN A. MUENCHENBACH  PH: 937-853-1109
bmuenchenbach@ssdlaw.com

April 16, 2024

The requested extension is GRANTED.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: April 16, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

      RE: *United States of America v. Robert Piaro*
            **Case No.: 23 CR 420 (AS)**

Dear Judge Subramanian:

      The Defendant Robert Piaro ("Mr. Piaro") by undersigned counsel, respectfully submits this letter, with the Government's consent requesting the Court to modify the pretrial briefing schedule with respect to discovery matters only.  Mr. Piaro requests the Court extend the deadline for Mr. Piaro to file discovery motions by thirty (30) days.  The reasons are set forth below.

      As indicated by the undersigned in the December 5, 2023 Letter Motion regarding the pretrial schedule, extensive and voluminous discovery has been produced by the Government which has taken Counsel a great amount of time to analyze. By extension, it has taken a large amount of time and effort to identify discovery issues to raise with the Government prior to filing motions related to discovery. Discovery is ongoing, and Mr. Piaro's Counsel has conferred with Counsel for the government and has identified the issues, these include the following: files that are password protected with no password, empty directories and/or files, files that are damaged and cannot be opened, etc. Counsel and the Counsel for the government have been conferring and are working diligently to resolve these issues. Undersigned Counsel is confident the issues will be amicably resolved.

      Further, Mr. Piaro's counsel has conferred with counsel for the government, who has consented to a thirty-day extension of the pretrial briefing schedule for pretrial motions relating to the production of discovery only.  This will give the parties a reasonable amount of time to resolve the outstanding discovery issues, as required by Loc. Crim. R. 16.1.  Mr. Piaro therefore

The Honorable Arun Subramanian  **SEBALY SHILLITO + DYER**
Page 2
March 1, 2023

respectfully asks this Honorable Court to grant a thirty (30) day extension of the deadline for Mr. Piaro to file pretrial motions directed to discovery matters only.

                        Respectfully submitted,

                        */s/ Brian A. Muenchenbach*
                        Bryan K. Penick  (Ohio Bar #0071489)
                        Toby K. Henderson  (Ohio Bar #0071378)
                        Brian A. Muenchenbach  (Ohio Bar #0088722)
                        (Admitted *Pro Hac Vice*)
                        SEBALY SHILLLITO + DYER
                        A Legal Professional Association
                        1900 Stratacache Tower
                        40 North Main Street
                        Dayton, Ohio 45423
                        Telephone: (937) 222-2500
                        Facsimile: (937) 222-6554
                        bpenick@ssdlaw.com
                        bmuenchenbach@ssdlaw.com
                        thenderson@ssdlaw.com
                        *Counsel for Defendant, Robert Piaro*

cc: All counsel of record (via ECF)

4479089.4