UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ROBERT PIARO,<br>                     Defendant. | 23-cr-420 (AS)<br><br>REVISED SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    IT IS HEREBY ORDERED that the conference in this matter, previously scheduled for May 16, 2024 at 3:00 PM, is RESCHEDULED to the same day at **2:00 PM**.

    SO ORDERED.

Dated: May 15, 2024
       New York, New York

                                                   ARUN SUBRAMANIAN
                                             United States District Judge