UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT PIARO,<br><br>               Defendant. | 23-CR-420 (AS)<br><br><u>SCHEDULING ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

    For the reasons stated on the record during the May 16, 2024 conference, Defendant Robert Piaro's pending pretrial motions are hereby DENIED.

    Further, as addressed at the conference, jury trial in this matter will commence on January 6, 2025. At the conference, the Court indicated that the parties should meet and confer and suggest an appropriate date for the next pre-trial conference. Given the amount of time between today's date and trial, the Court suggests a follow-up conference on **<u>August 20, 2024, at 2:00 PM</u>**, in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. If there are no issues for the Court to resolve at that juncture, and the parties would prefer to adjourn that conference to a later date, they can submit a joint letter including an update on the status of the case and a proposed conference date that is mutually agreeable to the parties.

    The Clerk of Court is directed to terminate the motions at Dkts. 32 and 35.

    SO ORDERED.

Dated: May 17, 2024
       New York, New York

                                                                     ARUN SUBRAMANIAN
                                                                 United States District Judge