# SEBALY SHILLITO + DYER
## A LEGAL PROFESSIONAL ASSOCIATION

309 N. BARRON STREET
EATON, OHIO 45320
PH: 937-858-1109
FX: 937-222-6554

220 E. MONUMENT AVENUE
SUITE 500
DAYTON, OHIO 45402
PH: 937-222-2500
FX: 937-222-6554
www.ssdlaw.com

BRYAN K. PENICK  PH: 937-222-2500
bpenick@ssdlaw.com

October 21, 2024

**VIA ECF**

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY 10007

> Application GRANTED. The hearing will now take place on Thursday, November 14, 2024, at 4:00 PM. The Court wishes Mrs. Piaro a speedy recovery.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 47.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Dated: October 21, 2024

RE:  *United States of America v. Robert Piaro*
     Case No.:  23 CR 420 (AS)

Dear Judge Subramanian:

  The Defendant Robert Piaro ("Mr. Piaro") by undersigned counsel, respectfully submits this letter, with the Government's consent, requesting that the change of plea hearing scheduled for October 23, 2024 at 11:00 A.M. be adjourned for at least one week to a time after October 31, 2024. The reason for this request is because of a medical concern for Mr. Piaro's Wife.

  Mr. Piaro's wife underwent surgery on Wednesday, October 16, 2024, and was expected to be released home on Friday, October 18, 2024. Unfortunately, some complications from the surgery have developed and she remains hospitalized. Mr. Piaro is extremely worried about his wife's condition and wants to remain by her side until he knows more about her recovery. Mrs. Piaro's doctors are hopeful that she can be released soon, but it is contingent upon further testing and how Mrs. Piaro responds to treatment. When she is released, she will require ongoing care, and Mr. Piaro will be the one responsible for providing that care, along with home health care providers. Time has already been excluded under the Speedy Trial Act until January 6, 2025.

4605928.1

    Respectfully submitted,

    */s/ Brian A. Muenchenbach*
    Bryan K. Penick    (Ohio Bar #0071489)
    Toby K. Henderson    (Ohio Bar #0071378)
    Brian A. Muenchenbach    (Ohio Bar #0088722)
    (Admitted *Pro Hac Vice*)
    SEBALY SHILLLITO + DYER
    A Legal Professional Association
    220 E. Monument Avenue, Suite 500
    Dayton, Ohio 45402
    Telephone: (937) 222-2500
    Facsimile: (937) 222-6554
    bpenick@ssdlaw.com
    bmuenchenbach@ssdlaw.com
    thenderson@ssdlaw.com
    *Counsel for Defendant, Robert Piaro*

cc: All counsel of record (via ECF)