UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>ROBERT PIARO,<br>                    Defendant. | 23-cr-420 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    On November 14, 2024, the Court held a pretrial conference in this matter. Based on the discussion at the conference, the trial in this case is hereby rescheduled to commence on Monday, **March 17, 2025** at **9:00 AM**. The parties must also appear for a pretrial conference on Monday, **January 6, 2025**, at **1:00 PM**.

    By **December 30, 2024**, the parties should meet and confer and jointly submit a proposed schedule for the required pretrial motions and submissions listed in the Court's Individual Practices in Criminal Cases, which include motions *in limine*, proposed *voir dire*, requests to charge, and proposed verdict forms.

    SO ORDERED.

Dated: November 18, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge