# SEBALY SHILLITO + DYER
### A LEGAL PROFESSIONAL ASSOCIATION

309 N. BARRON STREET
EATON, OHIO 45320
PH: 937-858-1109
FX: 937-222-6554

220 E. MONUMENT AVENUE
SUITE 500
DAYTON, OHIO 45402
PH: 937-222-2500
FX: 937-222-6554
www.ssdlaw.com

TOBY K. HENDERSON   PH: 937-222-2500
thenderson@ssdlaw.com

December 20, 2024

**VIA ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Room 520
New York, NY  10007

RE:   *United States of America v. Robert Piaro* **(Case No.:  23 CR 420 (AS))**

Dear Judge Subramanian:

The parties, by undersigned counsel, respectfully submit this joint letter requesting that the pretrial hearing scheduled for January 6, 2025 at 1:00 P.M. be adjourned for two weeks to a time on January 21, 2025, or as otherwise meets this Honorable Court's convenience. The reason for this request is that the parties continue to confer, diligently discussing potential pretrial resolutions and there are no issues presently to raise before the Court. Moreover, time has already been excluded under The Speedy Trial Act until March 17, 2025.

GRANTED. The pretrial conference is now scheduled for **Friday, January 24, 2025 at 2:00 PM**. If that date or time doesn't work for the parties, they should propose new dates or times by December 30, 2024. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 53.

SO ORDERED.

*[signature]*

Arun Subramanian, U.S.D.J.
Date: December 20, 2024

Respectfully submitted,

*/s/ Toby K. Henderson*
Bryan K. Penick          (Ohio Bar #0071489)
Toby K. Henderson        (Ohio Bar #0071378)
Brian A. Muenchenbach    (Ohio Bar #0088722)
(Admitted *Pro Hac Vice*)
SEBALY SHILLLITO + DYER
A Legal Professional Association
220 E. Monument Avenue, Suite 500
Dayton, Ohio 45402
Telephone:  (937) 222-2500
Facsimile:  (937) 222-6554
bpenick@ssdlaw.com
bmuenchenbach@ssdlaw.com
thenderson@ssdlaw.com
*Counsel for Defendant, Robert Piaro*

c: All Counsel of record (via ECF)

4605928.1