UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -against-<br><br>ROBERT PIARO,<br>                              Defendant. | 23-cr-420 (AS)<br><br>SCHEDULING ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **Friday, January 10, 2025** at **3:00 PM** in Courtroom 15A of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: January 7, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                               United States District Judge