| PROB 22 (Rev. 11/23) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:23CR420 (AS) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Robert Piaro Fredonia, Wisconsin 53021 | DISTRICT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| | NAME OF SENTENCING JUDGE Arun Subramanian |
| | DATES OF PROBATION/SUPERVISED RELEASE: FROM 04/14/2025 TO 04/13/2028 |

**OFFENSE**

Wire Fraud in Connection with Telemarketing, in violation of 18 U.S.C. 1343, 1349 and 2326, a Class B Felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Piaro has secured residence in the Eastern District of Wisconsin and has no intention of residing in the Southern District of New York.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Wisconsin upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 11, 2025
Date

*signature*
United States District Judge

**By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Robert Piaro supervision from the Southern District of New York to the Eastern District of Wisconsin, the sealed records of the Court in the above-styled matter relating to Robert Piaro are unsealed for the limited purpose of transferring those records to the United States District Court for the Eastern District of Wisconsin and to the Probation Department in that district.**

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and and assumed by this Court from and after the entry of this order.

8-6-25
Effective Date

*signature*
United States District Judge